AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| LUNATICK COSMETIC LABS, L.L.C., a Wisconsin limited liability company,<br><br>*Plaintiff(s)*<br>v.<br>JEFFREE STAR COSMETICS, INC., a California corporation,<br><br>*Defendant(s)* | Civil Action No. 2:17-cv-05029 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    Jeffree Star Cosmetics, Inc.
    9440 Lurline Avenue
    Chatsworth, California 91311

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Anthony M. Keats
    Konrad K. Gatien
    Matthew E. Graham
    KEATS GATIEN LLP
    120 S. El Camino Drive, Suite 207
    Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                                                         *Signature of Clerk or Deputy Clerk*